# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RONALD E. HANCOCK, JR.,

        Plaintiff,    :    Case No. 3:10-cv-449

 - vs -    :    District Judge Thomas M. Rose
                      Magistrate Judge Michael R. Merz

MAJOR ERIC PRINDLE, et al.    :

        Defendants.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #14), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that the complaint is DISMISSED without prejudice for want of prosecution and this case is TERMINATED on the docket of this Court.

April 11, 2011        *s/THOMAS M. ROSE*

                              Thomas M. Rose
                            United States District Judge